

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**
3-26-19
MAR 2 6 2019 iA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DEMETRIUS H. NICHOLS

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

MS. CAROLINE MORELAND

MS. SHawoN concannon

MS. Kathyrn morrissey

MS. Camille E. willis

Public office
Dependent,
office,
Christopher J. Donnelly.
markhum sixth municipal District
16501 S. kedzie parkway markhum IL 60428
Cook County, Illinois 6th District.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**1:19-cv-02123**
**Judge John Z. Lee**
**Magistrate Judge Maria Valdez**
**PC 2**

Case No. _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

___X___ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: ___MR. Domathus H. Nichols sr.___

B.  List all aliases: ___MEAChy___

C.  Prisoner identification number: ___N-61358___

D.  Place of present confinement: ___pontiac Correctional Conton;___

E.  Address: ___p.o. Box-99 700 w. Lincoln st. pontiac, Illinois 61764___

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: MS. Caroline moreland

Title: ___States Attorney Cook County, Illinois___

Place of Employment: ___markham sixth municipal District 16501 s. kedzie parkway markham, Illinois 60428___

B.  Defendant: MS. Shawn Congannon

Title: ___States Attorney Cook County, Illinois___

Place of Employment: ___markham sixth municipal District 16501 s. kedzie parkway markham, Illinois 60428___

C.  Defendant: MS. Kathryn Morrissey

Title: ___States Attorney Cook County, Illinois___

Place of Employment: ___markham sixth municipal District 16501 s. kedzie parkway markham, Illinois 60428___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:** Secretary of STATE

  A.  Name of case and docket number: Court of Claims1 dont Remember # of Case1

  B.  Approximate date of filing lawsuit: 2015

  C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: Demetrius H. Nichols sr. NONE NONE

  D.  List all defendants: Ford Heights, police departmeNT markham sixth municipal District A-1 towing service2releSPEU St Chicago Heights IL 60411

  E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Springfild, IL 62756

  F.  Name of judge to whom case was assigned: Illinois Court of Claims

  G.  Basic claim made: In violation of public Act 89-404 seized property without order of Court

  H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

  I.  Approximate date of disposition: 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

LIFE, LIMb, LibERTY endangered, what Credit And weight to NO evidence.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

STATES only EvidENCE IN AND continued conspiracy to injure MR. Nichols
& # 8x10 photograph of Apartment 2# A valintine Cand.

IV. **Statement of Claim:** Judge Camille E. willis was not in accordance to Jurisdiction Appointing counsels, not employees, of STATE. Collecting funds, malpractice

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) Conspiracy too have the plaintiff, serious Bodily injured,

plaintiff, was sentence too 17 years, NO-days, NU-months, AND 3 years, Consecutive within the people of the STATE OF Illinois VS. Demetrius H. Nichols #02C661 8760, Cook County, Illinois And Re-sentence per-Appellate court mandate# 04-0516 July 28, 2006 within markham sixth municipal District 16501 s- kedzie parkway markham, Illinois 60428 Caroline moreland; 2-24-04

Shawn Concannon, Kathryn Morrissey; presented and Complaint 12-05-02  2-24-04 without evidence, Illegal-imprisonment developed inTo Health and Safety, Camille Elaine willis. former Judge Appointed; 7-28-06

And Attorney Named Christopher J. Donnely who Attorney 7-28-04 and  7-28-06 Registration And Disciplinary Commission of the supreme court of Illinous "say(s) has never been and public Defender" and have not represented me within the Appeal decees, within Cook County, Illinois decees; DETENTION Illegal-person * Records, provided ARDC A vindictive prosecution was the result of this wrongful conviction, without evidence deee too And Argument only; Certified STATEMENT OF Conviction Disposition #02C661 8760, provides, that money laundering

PrivATE indivual IN Conspiracy who is Christopher J. Donnely STATE official Appointed "4 False and deceptive" Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Elements) purpose of the transaction was to conceal on disguise a specified attribute of the funds) 7-6-06 public Defender Appointed Donnelly Christopher 11-05-04 motion Attorney fee Allowed 7-28-06 Christopher J. Donnelly during the Re-Sentence Appellate counsel Ineffective assistance Appointed by Camille E. Willis former Judge Cook County; Illinois proceeding) Attorney Registration And Disciplinary Commission of the Supreme Court of Illinois -one prudential plaza 130 - East Randolph Drive Suite 1500 Chicago, Illinois 60601 -6219 says) the only named Christopher J. Donnelly was and Judge At the time my cause was heard; plaintiff) counsel Knowingly introduced perjury testimony plaintiff was told that he was Sentence too 17years) No-days) No-months) 3years) too merge without evidence, the plaintiffs) was told that he had No good Conduct-time Credits) which he later learned from the pontiac Correctional Conter, that he had lost good Conduct) time Credits) Causing this plaintiff too be further In Illegal-physical Confinement Illegal-custody plaintiff) was Denied evidentiary Hearing 8-22-08  8-2-13 motion for photographs) Discovery Denied 11-4-13 petition for faithful Illegal-imprisonment Denied 7-7-17  8-14-14 - 8-18-17  8-23-17 motion for Evidentiary Denied 8-24-18 Ineffective Appellate counsel ETC. Denied; Records) provided ARDC And conspiracy that is Causing Illegal-imprisonment.

Revised 9/2007

plaintiffs) was placed in prison too Receive serious Bodily Injury where HE would NOT Return; to his family, Having

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

THESE STATE OFFICIAL dose SO Intentional without evidence Imminent danger of continued Injuries) If this cause is NOT Resolved; I want too Live; Im afraid of continued serious Injuries)

AcTuAl Innocence citing Schlup

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Damages) 288 million dollars) punitive provided by law

V. **Relief:** Injuries), Disfigurements), Clearly THERE has never been any evidence for the cause where petitioner being held, unlawfully

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Injunctive relief for Compensatory Damages) 16m million(s) dollars) challeging the constitutionality of his conviction without any evidence)

Immediate release; from Illegal custody facts) of original case without evidence no-fitness was even ordered for the plaintiffs) Demetrius Nichols being DIAGNOSED As Bipolar and Schizophrenia Certified by State of Illinois record f) provided Demands) court records) be reviewed of complaint 12-3-02 and that Appeal of 7-28-06 counsel Appointed Records) be Reviewed that causes) which occured while in wrongful -be VACATED, Injuries) occured

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _16_ day of Feruary, 20 _19_

_____

MR - Demetrius H. Nichols Sr.
(Signature of plaintiff or plaintiffs)

MR. Demetrius H. Nichols SR.
(Print name)

N-61355
(I.D. Number)

Pontiac Correctional Center.
P.O. BOX-99 700 W. Lincoln St.
Pontiac, Illinois 61764
(Address)

6

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Continue defendants:
Complaint under the civil Rights Act Title
X 42 section 1983 u.s. Code

4# Defendant: Ms. Camille E. willis
Former Judge markham sixth municipal District
16501 S. kedzie parkway markham, Illinois 60428

5# Defendant Christopher J. Donnelly
Alleged public Defender
markham sixth municipal District
16501 S. kedzie parkway markham Illinois
60428

6# Defendant Kendal Hill
Cheif public Defender
markham sixth municipal District
16501 S. kedzie parkway markham, F Llinois
public Defender(s) office      60428

7# The people of the State of Illinois
US.
Demetrius H. Nichols #02C66187601
Fair Labor Spandards(s) Act of 1938 16(c)17, 29
u.s.c A any Action Commenced for all purpose when
complaint is Filed and individual employee's for whom
relief is sought Need Not be Named In complaint
Officials' where false And deceptive

# ATTACHMENT Supporting Fact(s)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

DEMETRIUS H. NICHOLS

   plaintiff(s)

      VS.

1# MS. CAROLINE MORELAND

2# MS. SHAWN CONCANNON

3# MS. KATHYRN MORRISSEY

4# MS. CAMILLE E. WILLIS

5# Christopher J. Donnelly

6# MARKHAM SIXTH MUNICIPAL DISTRICT
16501 S. KEDZIE PARKWAY  KENDAL HILL Chief public Defender
MARKHAM FL 60428
COOK COUNTY, ILLINOIS 6TH DISTRICT

      Defendant(s).

COMPLAINT UNDER THE CIVIL RIGHT(S) ACT TITLE 42 SECTION 1983
U.S. CODE STATE, COUNTY, OR MUNICIPAL DEFENDANTS!
Continue STATEMENT OF Claim; ATTACHMENT:
Conspiracy Sentence EXCESSIVE - A single Conspiracy
was unconstitutionally used to impose a sentence for
multiple Conspiracies! Citing Braveman V. U.S.
317 U.S. 49 (1942) MAL practice - INjuries!.
Against MR. DEMETRIUS H. Nichols SR.
   1-17-68 # 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
ACTUAL INNOCENCE Citing Schlup V. DELO 513 U.S.
289 (1995) WHERE he is NOT And ATTORNEY
within this wrongful Conviction since 12-15-02,

December 15, 2002

Brief Summary This is awful as I sit within the Ford Heights, Illinois 60411 police department as I await too see and States) Attorney of Cook County, 6th Municipal where Am being accused once again of Domestic-Battory against my Childrens) mother Ms. Ebony Foster 7-2-77 #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 having shared and Apartment together 930 E. 16th Street Ford Heights, Illinois 60411) where previously I had Just posted 30,000 dollars) Bond 10% 3,000 within the Cause# the people of the State of Illinois vs. Demetrius H. Nichols # OOCR6335 Cook County; Illinois Irregularities) Constitutional deprivations). Fraud 735 ILCS 5/2 1401 (E) 1 former Judge therein Frank G. Zelezinski within proceedings) 2-20-00 thru 5-29-00 decisions) which caused double Jeopardy violations) of 5th amendment rights) Common Law-Records) Affidavit of Ebony Foster 7-2-77 #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 sworn Before Judge Frank G. Zelezinski may 29, 2000 In markham sixth municipal District 16501 S. Kedzie parkway markham, Illinois 60428 Judge committed Fraud double Jeopardy where Ms. Foster stated In And Affidavit givin to the Courts) that Demetrius Nichols have Never, Never, harm her Nor the Childrens! And that such Crimes) alleged was False,

Page 2#

Continue STATEMENT OF Claim;

And THAT It was wrong too Let and iNNOCeNT
MAN stay locked-up FOR some alleged Cause;
Against Demethius H. Nichols too be ENTERED INTO
Record 720-5-12-4 HENIOUS BoaTTERY
720-5-10-2 Aggravated Kidnapping
720-5-12-4 Aggravated Battery;
720-5-10-3 unlawful-RestraiNT.
5TH amendment double Jeopardy Clause(s)
CommoN WEALTH V. Forde 392 MASS 453, 458,
466, N.E.2d 510, 513, (1984) Conviction CannoT
be based oN unCorrobated ConfessioN Ruther THERE
must be some evidence THAT THE Crime was Real
And NOT imaginary Judge Frank G. Zelezinski used
Cause(s) of prior(s) within THE people OF the STATE of
Illinois vs. Demethius H. Nichols # O2C6618760/ with
out proof(s) * CoNFideNTiAL Record(s) withheld
Affidavit OF Ebony FOSTER In RecanTation(s) of
previous Alleged Citing IN Re WiNship 397 U.S.
358, (1970) # 00CR6335 EvideNce INSufficeNT
Citing Jackson V. virginia 443 U.S. 307 (1979)
Counsel(s) Conflict of InTrest Compromissed THE
defense; Citing mickeN(s) v. TAylor 535 U.S. 162
(2002) kim Leah Scrvillis having knowledge OF
MS. Ebony FosTER 7-2-77 # 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

PAge 3#

Review
Both(s)
sides

Any action commenced for all purpose when complaint is filed And individual employees, for whom relief is sought need not be named in complaint.

Affidavit sworn too within the court(s) before the presiding Judge Frank G. Zelezinski where depriving this individual of his 5th amendment Right(s) entering into record(s) and crime in which Ms. Foster said had not been committed; vindictive prosecution; Blackledge V. Perry 417 U.S. 21 (1974) U.S. V. Goodwin 457. U.S. 368 (1982) where December 16, 2002 Ms. Shawn Concannon States Attorney office markham sixth municipal District 16501 S. Kedzie parkway markham, Illinois 60428 Representing the State came too the Ford Heights, police department 1434 Ellis Ave Ford Heights, Illinois 60411 (708) 758-3441 where I being wrongfully held; Ms. Concannon introduce Herself though I had Remembered Her from my youth while with a few friend(s) Ms. April Johnson 1023 11th St. East Chicago Heights, IL 60411 (312-758-2941) And with Mr. Daren Johnson; providing we was youth around 15 year(s) old; we went too Chicago Heights; Illinois wentworth Ave their where Ms. Concannon hang around with Her Friend Ms. Ebony williamson of 1425 Wallace Ave Chicago Heights, IL 60411 who they both had been within and serious car accident "Blue Delta 88" Ms. williamson having * serious Leg-Damage* wore and Leg Brace; where,

page 4#

Continue STATEMENT of Claim,

MS. Shawn ConCannon was injured ALSO, I will eLaborate on the Basic(s) MS. CONCANNON Came within the holding LOCATION of THE Jail with and manillia ENVelope Alleging she had photograph(s) of the alleged victim MS. Ebony FOSTER WHERE she Claim was her proofer though she didnot present And Never have, A single Conspiracy was used unconstitutionally used to impose a Sentence for multiple conspiracies* See page 4#

MS. williamson serious leg damage WHERE She and THE
MALpractice WHERE false And deceptive;
STATE(S) ATTORNEY MS. Shawn CONCANNON was together in a serious Car accident; This Cause of complaint alleged within THE people of THE STATE of Illinois VS. Demetrius Nickols #02C66187601 COOK County, Illinois HEARING 12-22-02
MALpractice were
Continued too 1-14-03 WHERE MS. Kate moreLand STATES
false And deceptive;
ATTORNEY Office markham sixth municipal District 16501 S. Kedzie parkway markham, Illinois 60428 representing THE STATE; WHERE I ENTER And plea of NOT guilty;
STAGE(S) IN THE Criminal process; specifically MS. moreLand
MAL practice where false And deceptive
And MS. kathyrN morrissey STATE(S) ATTORNEY COOK County, used testimony Related too their Co-worker ms. CONCANNON 2-24-04 STATING THAT MS. Ebony FOSTER had been STABbed IN THE Front And back of HER HEAD And STATING MS. Ebony FOSTER had been STABbed IN THE Spine; And STATING MS. Ebony FOSTER had double knee surgery; Just AS MS. Ebony williamson within And

page 5#

review Both sides

Car accident with their co-worker Ms. Shawn Concannon, in Chicago Heights, IL 60411 - conspiracy sentence excessive where this trial within the people of the state of Illinois us. Demetrius H. Nichols #02C66187601 Cook County, Illinois February 24, 2004 prosecutions used no-evidence for its cause; only that Ms. Camille E. willis I note you is what Ms. Kate Moreland continue too say too her; Right too defend Impaired Holmes V. S. CAR 126, S. Ct. 1727 (2006) where Ms. Ebony Foster stated within and phone conversation too me from the Cook County Jail that if I continued too have arguments with Ms. Kate Moreland states attorney Cook County IL 6th municipal District and where the public defender Mr. Robert W. Johnson had been Removed threating too Condem me, that they where goin too send me too prison without any evidence If no-crime had been committed, where 2-24-04 Ms. Kathyrn Morrissey and Ms. Kate moreland presented And complaint without any evidence; no-Injuries upon MS. Ebony Foster 7-2-77 #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 having Judge Camille E. willis state I don't see any Injuries Ms. Foster but I will Take your word, As too identify any injuries scaring tissues where Olympia Fields Campus 20201 S. Crawford Ave Olympia Fields Illinois 60461 Dr. presented no-

Continue STATEMENT OF Claim;

NO- Evidence of any kind doing trial; though she STATED that somehow doing trial 2-24-04 she Remembered MS. Ebony FOSTER 7-2-77 #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 WHERe she could give NO- X-Ray(s) of surgury; procedures that would be within Trama, -Conspivacy sentence EXCESSIVE; WHERE it was alleged December 3, 2002 within 930 E. 16TH STREET Ford HEIGHTS, ILLINOIS 60411 HE, AND MS. Ebony FOSTER got INTO AND ArgumeNT December 4, 2002 MS. FOSTER Returned to his Apartment with MS. Crystal Thomas of 913 E. 16th ST. Ford HEIGHTS, Illinois 60411 around 2:00 pm having NO-Injuree(s)

MALpractice were false and deceptive,

EXPERT WENDY marshall OLimpin fields HospitaL who seen MS. Ebony FOSTER gave her warm Blanket and Release; NO- Evidence of any surgury NO Dr.kellor as Discribe by STATE(s) ATTORNEY MS.Kate moreland AND MS. Kathryn morrissey Charging Demetrius H. Nichols with 720 5/8-4 (9-1) ATTEMPT murder 20year(s) 720-5-12-4 Aggravated Battery 720-5-12-3 Aggravated Domestic Battery 5year(s) 720-5-10-3 Aggravated unlawful-Restraint 3year(s) February 24, 2004 without any Evidence Advocay demanded I NOT TAke and Jury-Trial true

MALpractice were false and deceptive,

Appointed Counsel MR. JOHN F. Lyke Jr. Appointed by Judge Camille E. willis 11-17-03

PAGE 7#

Review BOTH Sides

THE ONLY EVIDENCE presented by ATTORNEY JOHN F. LyKe Sr. Appointed by Judge Camille E. Willis was A# 8X10 photographs OF 930 E. 16TH STREET Ford Heights, Illinois 60411 2# A VALINTINE Card SENT TOO COOK COUNTY JAIL too Demetrius Nichols by MS. Ebony FOSTER; IN A CRIME WHERE STATE(S) ATTORNEY office markham SIXTH municipal DISTRICT 16501 S. KedZie parkway markham, Illinois 60428 alleged MR. Demetrius H. Nichols SR. 1-17-68 #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 Caused inquires too MS. Ebony FOSTER 7-2-77 #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, STATES ATTORNEY MS. Shawn ConCANNON MS. Kate moreLand MS. Kathyrn morrissey Carried out COERCED CONFESSION; Citing Ashcraft V. TENNESSEE having MS. Ebony FOSTER give False testimony, perJury testimony where she had previous committed perJury; within the people of the STATE of Illinois vs. Demetrius H. Nichols#00CR6335 Cook County, Illinois 6TH municipal DISTRICT givin the Cook County Sheriff Detectives Had photographic proofs OF MS. Ebony FOSTER siging and complaint; then later ReCantation; sworn Before Judge Frank G. ZefeZinski may 29, 2000; where NO MALpractice were false and deceptive. evidence have been presented iN discovery NOR trial; against MR. Demetrius H. Nichols SR. 1-17-68 #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 Conviction basis OF discrimiNation;

Continue STATEMENT OF Claim;

January 14, 2003 Demetrius H. Nichols in the custody of THE Cook County Sherriff-department Judge presiding Camille E. Willis markham sixth municipal District 16501 S. Kedzie parkway markham, Illinois 60428 Judge Camille E. willis known too this indiuual MALpractice were false and deceptive, Demetrius Nichols with his youth where she sometimes participated within the Activity(s) OF EAST chicago Heights, Illinois 60411 " Body Snatchers" Club Drexel AVE within E.C.H., givin Her Nick-name was "minnie" Judge Camille E. willis began too Appoint Counsels) money Laungering ELEMENTS) WHERE Demetrius H. Nichols was Convicted WHERE presiding purpose of the transaction was too Conceal or disquise a specified attribute of funds) Citing; Cuellar V. U.S. 128 S. Ct. 1994 (2008) Appointing John F. Lyke Jr. Counsel(s) Conflict of intrest materially Compromissed the defense; Citing mickens) V. Taylor 535 U.S. 162 (2002) IAC trial Counsel Citing strickland V. washington 466 U.S. 668 (1984) Ineffective Assistance; perjury subornned by Defense Counsel; knowingly introduced perjury testimony Citing NiX V. WHiteside 475 U.S. 157 (1986) Judge Camille E. willis Continued and behavior with States) Attorney office MS. Kate moreland WHERE she began too have Argument WHERE I was presenting and motion;

STATEMENTS) EVIDENCE OF Prior perjuries)or with any OTHER EVIDENCE he knew or should have known about that was effectively impeaching Smith V. wainwright 741, F2d, 1248, 1255, (11TH cir 1984)
* Christopher J. Donnelly NOT And Employee 6TH District cook county;

THAT STATED A person acts) Recklessely when he disregard that and unjustificible and Substainal RISK 5) will occure) against any JUSTICE MS. Kate More STATES ATTORNEY Cook County, Remand that Judge camille E. willis Deny the MOTION Immediately and TAKE HER FAVOR IN and Cause THE people OF the STATE OF ILLINOIS VS. Demetrius H. Nicholas #02C66187601 Cook County, Illinois having No- Evidence; prosecutions) USE OF perjury testimony citing Napue V. Illinois 360 u.s. 264 (1959) Irregularities) Continues) with Judge Camille E. willis AFTER sentencing this plaintiff without any Evidence And STATING too THE Alleged victim I dont see any Injuries) MS. FOSTER but I will TAKE your word; multiple Conspiracies) behaviors) and Conduct too deprive this indivual WHERE I filed ON my OWN And Appeal within the Cause # 04-0516 being Called back Remand per-Appellate Court July 28, 2006 presiding Judge was the same person who HAd Sentence me without any Evidence Judge Camille E. willis And the wrong Ful Conviction got worser WHERE She Appointing And ATTORNEY public Defender who I HAd Never MET discuss the Case with anything too present a Cause OF Action WHERE I have been held Illegally within the Illinois Department of Corrections) Being Denied the same Constitutional-Rights)

Continue STATEMENT OF Claim;

MALpractice, Injuries. WERE False And deceptive,
Judge Camille E. willis markham sixth municipal District
16501 S. Kedzie parkway markham, Illinois 60428
THE people OF THE STATE OF Illinois vs. Demetrius H. Nichols
#02C66187601 Cook County, Illinois 60428 July 28 2006
Appointed Alleged public Defender Christopher J. Donnelly  *MALpractice-false-deceptive;*
IN violation (s) OF due process of Law 6th amendment
rights; Appellate Counsel was INeffective assistance
NOT And Employee within THE STATE OF Illinois WHERE
ATTORNEY Registration And Disciplinary Commission of the
Supreme Court OF Illinois ONE prudential Plaza 130
EAST Randolph Drive 1500 Chicago, Illinois 60601-6219
(312) 565-2600 march 31, 2017 Records) stating that Alleged
public defender Name'd Christopher J. Donnelly thru
July 28, 2004 collecting ATTORNEY(S) Fee Allowed *
TOO July 28, 2006 this individual allowed TO Represent
Demetrius H. Nichols 1-17-68 #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 within Appeal
process #04-0516 In violation(s) OF due process-Rights)
was neither Licensed NOR Registered within the STATE
OF Illinois And that the only PERSON IN the STATE
OF Illinois with that NAME was And Judge AT
THE TIME my Case was HEArd; WHERE Certified
STATEMENT OF Conviction / Disposition provides)
Christopher J. Donnelly Appointed by Judge
Camille E. willis depriving this plaintiff(s) IN

PAGE 11#

Review BOTH SIDES

A scheme too defraud the STATE OF ILLINOIS WHERE Demetrius Nichols being sentence in a case that has NO-evidence WHERE HE Challege(s) any Justice Department too present any injuries) upon MS. Ebony FOSTER that was alleged within the Cheek; Having STATE official present and complaint because Demetrius Nichols used disrespectful words). WHERE MS. Ebony FOSTER sat at his MOTHER house doing the proceeding of this Cause having Tattoes) put HER lower back Bottom From MR. Ricardo Watson; WHERE HE observed NO-Injurres) As my self and Ebony FOSTER talked situation of 13th amendment rights) deprivations) 5th amendment-rights) deprivations) 14th amendment-rights) deprivations). WHERE the public Defender office within markham sixth municipal Distrct 16501 S. Kedzie parkway markham Illinois 60428 MR. Kendal Hill Chief public Defender office; allowed person(s) who was not employeee too Represent. Judicial Bias Citing Arizona V. Fulminante 499 u.s. 279 (1991) complaint under the civil Rights) Act Title 42 section 1983 gives) right too bring suit again ST These(s) municipal Defendants) Conflict As a matter of logic Vrewed As an action under Klu Klu x Klan Act against the deprivation by one Acting under

14TH amendmont- Rights deprivation NOR too deny to any person within its Jurisdiction the equal protection of the Laws, MALpractice; Injuries, officials were false and deceptive; Continue STATEMENT of Claim;

MS. Ebony FOSTER was promissed - NO perjury for false testimony Color of STATE laws of any Rights, priviledges, or Immunities, secured by the CONSTITUTION and laws, of the UNITED STATES of America; under the Civil Rights Act these individual are NOT intitled too immunity; givin their Conduct was NOT within the Jurisdiction granted to them; Conspiracy Sentence EXCESSIVE - A single Conspiracy was unconstitutionally used to impose a sentence for multiple Conspiracies Against this individual MR. Demetrius H. Nichols 1-17-68 #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 ACTUAL INNOCENCE citing Schlup V. DELO 513 U.S. 289 (1995) the purposes of the transaction was too conceal or disquise a specified attribute of the Funds. violating constitutional gurantees, too have Demetrius Nichols place'd In prison because he had and verbal argument with THEM; givin Injuries, and disfigurements, have been caused too him; occuring while within this wrongful - Conviction; two- major life threatings, surgeries, 8TH amendment-Rights deprivations, inflicting Cruel and unusual punishments, WHERE EXCESSIVE FORCE have been used on this individual Demetrius Nichols where Correctional-officer within PONTIAC CORRECTIONAL CENTER P.O. BOX-99 700 W. LINCOLN ST.

I do NOT have the ability too present my own case; issue(s) are difficult; citing due process of law 6th amendment rights(s). 28 u.s.c. 1415(e)1 Merritt v. Faulkner 697 F2d 761 (7th Cir) etc. Cert denied, 464 u.s. 986 (1983)

Pontiac, Illinois 61764 intent too kill this individual as correctional-officer(s) stated 9-15-17 - 9-16-17 within their health care unit; while in need of emergency medical; plaintiff being Diagnosed As suffering from Bipolar; plaintiff being Diagnosed As suffering from SCHIZOPHRENIA In Accordance with Department rule 415.70 on /10/20/10 by Pontiac Correctional Center P.O. Box-99 700 w. Lincoln St. pontiac, Illinois 61764 due process violations; vindictive prosecutions; with behaviors; that Caused serious bodily injured; where He fear(s) each day within this cause where disfigurement(s) have occured; ACTUAL Innocence citing Schlup v. Delo 513 u.s. 298 (1995) Damages; 28 million dollar(s) punitive provided by law injuries; 5th amendment-deprivation(s) double Jeopardy life and limbs; Injunctive Relief(s) Compensatory Damage(s). Challenging the Constitutionallity of his Conviction without any Evidence Immediate Release From Illegal Custody fact(s) of original case; without Evidence No-Fitness was ever order for the plaintiff where ME seek(s) Counsel(s) too be provided in this cause without any proof(s) for conviction, WHEREFORE THE STATEMENT HEREIN under penalty of perjury true AND Correct; Respectfully submitted;

2-16-19    Mr. Demetrius H. Nichols Sr.

Case: 1:19-cv-02123 Document #: 1 Filed: 03/26/19 Page 22 of 43 PageID #:22

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____  Date _____ April 18, 2018 _____

Offender Name MR. DEMETRIUS H. Nichols SR. ID# N61355  Housing Unit E520

Pay to _____ PONTIAC CORRECTIONAL CENTER _____

Address _____ P.O. BOX-99 700 W. LINCOLN ST _____

City, State, Zip _____ PONTIAC, Illinois 61764 _____

Entered
APR 19 2018
Pontiac Correctional Cent.

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of LEGAL-POSTAGE, Law-offices of MR. Raymond G. Wiggell Ltd
20280 Governors Highway Olympia Fields Illinois 60461-1090

☒ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature MR. Demetrius H. Nichols Sr  ID# N-61355

Witness Signature _____

☐ Approved  ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ 2 dollars and 89 cents.  Legal

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
*LEGAL MAIL RECEIPT*
STATEVILLE CORRECTIONAL CENTER

☐ PACKAGE

RESIDENT P. Nichols          REGISTER NO. N(6( 355   LOCATION E108

FROM MAIL OFFICE _____   DATE _____   RE-ROUTE _____

LEGAL MAIL FROM: Police Dept.
Saint Paul MN

SIGNATURES: _____   DATE: 6/18/18
OFFICER HANDING OUT LEGAL MAIL

_____   DATE: 6/19/18
OFFENDER RECEIVING LEGAL MAIL

☐ CERTIFIED      ☐ EXPRESS      ☐ FED EX      ☐ UPS      ☐ DELIVERY CONFIRMATION

RETURN THIS FORM TO THE MAIL OFFICE WHEN COMPLETED

STA 0148   (REV. 3/25/09)
(IL 426-9289   DCA-16174)



**Higgins, Joseph (CI-StPaul)**

| | |
|---|---|
| **From:** | Higgins, Joseph (CI-StPaul) |
| **Sent:** | Tuesday, June 12, 2018 9:06 AM |
| **To:** | Higgins, Joseph (CI-StPaul) |
| **Subject:** | Demetrius Nichols Data Request |

Mr. Nichols:

I have received your data request for video pertaining to a traffic stop between 12/07/2002 and 12/08/2002.

I am responsible for the Video Management Unit, which encompasses Dash Camera Video, Body Camera Video, and CCTV Video. Our squad cars were not outfitted with dash cameras until 2011. We did not deploy our body cameras until 2017, and we only retain our CCTV video for 45 days. So, the St Paul Police Department has no video available related to this incident.

Somebody from our Records Unit will contact you regarding your request for phone conversations.

Best Regards,

**Sergeant Joe Higgins**

**Video Management Unit**
**Saint Paul Police Department**
**367 Grove Street**
**Saint Paul, MN 55101**

Off:   651-266-5499
Cell:  612-322-3213
Fax:   651-266-5947



http://stpaul.gov/PoliceCommunitySurvey

IN Relation(s)
THE people OF the STATE OF Illinois
vs.
Demetrius H. Nichols #02C66187601
Cook County Illinois;

This was pertaining too the alleged
Cause OF December 3, 2002 which Had
taking place AT 930 E. 16th ST - Ford
Heights, Illinois 60411, Restraining order
WHERE NO-such valid NOR warrant(s)
Against, Demetrius H. Nichols givin
(708) 758-3441 Ford Heights, police
was Called; NO-warrants for this
Individual;



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Demetrius H. Nichols
N61355
10930 Lawrence Rd.
Sumner, IL  62466

Chicago
April 14, 2017

Re:    Camille Elaine Willis
in relation to
Demetrius H. Nichols
No. 2017IN01537

Dear Mr. Nichols:

We have received your complaint regarding Judge Camille Willis.

The duties of this Commission relate primarily to investigating and prosecuting allegations of lawyer misconduct by attorneys. We do not investigate complaints of judicial misconduct by sitting judges. Such complaints are handled by the Judicial Inquiry Board, 100 W. Randolph St., Ste. 14-500, Chicago, IL 60601, Phone: (312) 814-5554; Fax: (312) 814-5719; website: *www.state.il.us/jib*. If you wish to pursue a complaint of judicial misconduct, you will need to direct it to the Board.

Very truly yours,

Althea K. Welsh
Senior Counsel

AKW:ck
MAINLIB_#884570_v1

May 2, 2017

From: Demetrius H. Nichols
#N61355
Lawrence Correctional Center,
10930 Lawrence Rd,
Sumner, Illinois 62466

Send too: Judicial Inquiry Board
100 W. Randolph St.
Ste. 14-500
Chicago, Illinois 60601

Complaint of Judicial Misconduct(s)
Disciplinary is being brung Against:
Judge Camille E. Willis Cook County, Illinois;
The people of the state of Illinois vs.
Demetrius H. Nichols # 02C66187601
Irregularitie(s) Constitutional-deprivation(s),
fraud 735 ILCS 5/2 1401 (4) Judge Willis,
within proceedings 1-14-03 thru 4-14-08
decision(s) which caused Illegal-imprison-
ment; developed into Health and Safety,
Application for relief is Demanded herein,
Matter of Logic be viewed As Action under
the Ku Klux Klan Act the deprivation(s) by
one Acting under Color of state law of any
Right(s) presiding Judge vouching U.S. v.
Young 470 U.S. 1 (1985) Stating F don't
see any Injurie(s) Ms. Ebony foster 7-2-77
#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 but Ill take your word
for it, Convicting this individual of 720-5-
8-4 (91) Attempted Murder 720-5-3-

Aggravated Domestic Battery, 720-5-12-4
Aggravated Battery And 720-5-10-3
unlawful-Restraint 20years 5years 3years,
where deprivation(s) Appellate Court mandate
#04-0516 Resentencing too 17years And
Consecutive 3years without any Evidence
According to Law. Stating that she had NO
proofs) But that she would take Alleged,
victim word; Allowing prosecution(s) too
present And cause without proofs) Common
Law Record(s). Appointing Attorney(s) NOT
Registered IN State of Illinois, depriving
Demetrius H. Nichols of A fair Trial Illegal
IN Carceration since December 15, 2002 Const,
itutional Concern(s) Citing Almendarez;
Torres V. United States) 523 U.S. 224,
118 S. Ct 1219, 140 Led 2d 350 (1998) Citing
Common Wealth V. Forde 392 mass 453
458, 466, NE 2d 510, 513 (1984) Conviction Cannot,
be based on uncorroborated Confession; Rather,
There Must be some evidence that the Crime,
was Real and Not imaginary Critical issue(s)
allowing And Tainted Conviction to Continue
to be uncorrected * through motion(6.) was;
filed Appellate Court(s) Supreme Court(s.)
Habeas Corpus petition(s). Illegal Imprisonment Citing;
Yick Wo V. Hopkin(s) 118 U.S. 356 (1886)
motion for trial Transcript(s) And Common
Law record(s). pursuant to Supreme Court,
Rule 471, 605, 607, and 608, to obtain and
copy *. Judicial Inquiry Board; To
Romanced too inspect and Review Record(s).

page #

Dr. Clem Mejia
*Chair*
Honorable Paula A. Gomora
*Vice Chair*
Attorney William Caisley
Attorney Cary J. Collins
Raymond J. McGury
Patrick O'Connor
Honorable Edward Washington, II



**STATE OF ILLINOIS**
**JUDICIAL INQUIRY BOARD**

Attorney Kathy D. Twine
*Executive Director*
*General Counsel*
100 West Randolph Street
Suite 14-500
Chicago, IL 60601-3233
PHONE (312)814-5554
(800)227-9429
TDD (312)814-1881
FAX (312)814-5719

July 7, 2017

Mr. Demetrius H. Nichols (ID# N61355)
Lawrence Correctional Center
10930 Lawrence Road
Sumner, Illinois 62466

Dear Mr. Nichols:

The Judicial Inquiry Board ("the Board") is in receipt of your May 2, 2017 letter and related documents (enclosed).

Please be advised that the Board's duties are limited to investigating and prosecuting allegations of misconduct and physical/mental incapacity against active Illinois state court judges. Because the individual named in your letter is not an active Illinois state court judge, we are unable to process your matter.

Regards,

Kathy D. Twine
*Executive Director &*
*General Counsel*

KDT: sa

Enclosure

Visit our website at: www.illinois.gov/jib



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Demetrius H. Nichols
N61355
10930 Lawrence Rd.
Sumner, IL 62466

Chicago
March 31, 2017

Re:  Unregistered                Shawn Concannon
     No. 2017IN01311             No. 2017IN01315

     Caroline Moreland           Kathryn Morrissey
     No. 2017IN01342             No. 2017IN01343

Dear Mr. Nichols:

We have received your recent communications.

As you may know, the duties of this Commission relate primarily to investigating and prosecuting allegations of professional misconduct against attorneys. When we have sufficient evidence of serious misconduct by an attorney, we may initiate proceedings seeking disciplinary sanctions against the lawyer, such as suspension or disbarment from the practice of law. We cannot review or decide any issues in your case, cannot provide you with any legal advice or assistance, and cannot intervene in your legal matters in any way.

One of your communications refers to a public defender you identify as Christopher J. Donnelly. There is only one licensed Illinois attorney named Christopher J. Donnelly. This individual was a judge at the time your case was heard. Our records do not reflect that Christopher J. Donnelly was ever a public defender. It appears that you may be mistaken about the name of the public defender you wanted to complain about.

Some of your communications also refer to attorneys Kim Sorrells, John Lyke, Jr., and Robert W. Johnson, all of whom represented you and all of whom you have complained about previously.

Your complaints about the attorneys who have represented you relate to their effectiveness as your counsel. Your complaints about attorneys Concannon, Moreland and Morrissey are in the nature of claims of prosecutorial misconduct. Allegations of ineffective assistance of counsel and claims of prosecutorial misconduct are appropriately addressed and resolved in the courts



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523 (800) 252-8048
Fax (217) 546-3785

Demetrius H. Nichols
March 31, 2017
Page 2

through motions, appeals, petitions for post-conviction relief, and other legal actions. Therefore, as a general policy, this Commission will not act on such allegations and claims unless and until there has been a court finding that a defense lawyer was ineffective or that the State acted improperly.

If in the future, any court finds that any attorney failed to represent you effectively or that the State acted improperly in connection with your case, we invite you to send us a copy of the court's decision. At that time, we will be pleased to review the matter to determine whether action by this Commission might be warranted. Until such time, we will take no further action with respect to your complaints.

Very truly yours,

Althea K. Welsh
Senior Counsel

AKW:ck
MAINLIB_#878184_v1



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Demetrius H. Nichols
N61355
10930 Lawrence Rd.
Sumner, IL. 62466

Chicago
May 3, 2017

Re:    Frank George Zelezinski
       in relation to
       Demetrius H. Nichols
       No. 2017IN01804

Dear Mr. Nichols:              Also:#00CR6335 Cook County, Illinois;

We have received your letter of complaint regarding former judge Frank Zelezinski.

The duties of this Commission relate primarily to investigating and prosecuting allegations of professional misconduct against attorneys. When we have sufficient evidence of serious misconduct by an attorney, we may initiate proceedings seeking disciplinary sanctions against the lawyer, such as suspension or disbarment from the practice of law. We cannot review or decide any issues in your case, cannot provide you with any legal advice or assistance, and cannot intervene in your legal matters in any way.

From the information you have provided, there is not a sufficient basis for this agency to investigate or pursue charges of professional misconduct against Mr. Zelezinski. Any questions as to the correctness of Mr. Zelezinski's actions and rulings while he was the in your case judge were and are appropriately addressed and resolved in the courts rather than through the lawyer disciplinary process. Your disagreement with Mr. Zelezinski's action and rulings does not justify an investigation by this agency.

For the reasons stated above, we will take no action with respect to your communication.

Very truly yours,

Althea K. Welsh
Senior Counsel

AKW:ck
MAINLIB_#892079_v1



# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

December 17, 2018

Mr. Demetrius M. Nichols, Sr.
N-61355
Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois 61764

     RE:  Freedom of Information Act Request
        2018 FOIA 056021

Dear Mr. Nichols:

    This letter is to acknowledge receipt of your request for information pursuant to the Freedom of Information Act (FOIA) (5 ILCS 140/1 *et seq.* (West 2016)).

    In a letter received on December 10, 2018, you requested the following:

    THAT THIS OFFICE ISSUE AND [*sic*] CERTIFICATE OF
    INNOCENCE TOO [*sic*] DEMETRIUS N. NICHOLS * * *[.]

            * * *

    * * * NEW GOVERNOR(S) ADDRESS WITH RESPONSE(S)[.]
    (Capitalization in original.)

    Please be advised that the Office of the Illinois Attorney General does not maintain or possess records responsive to your request.

          Very truly yours,

          *Caitlin Q. Knutte (sfc)*

          CAITLIN Q. KNUTTE
          Assistant Attorney General
          Senior FOIA Officer

CQK:LJK:lk

500 South Second Street, Springfield, Illinois 62701-1705 • (217) 782-1090 • TTY: (877) 844-5461 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (800) 964-3013 • Fax: (312) 814-3806
601 South University Avenue, Suite 102, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416



5 ILCS 140/9.5(a)

# OFFICE OF THE ATTORNEY GENERAL
## STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

February 15, 2017

Time: 6:15
date: 5-31-06
place
/leason(s). concern conver-
sation of Tony Anderson
Cook County Jail
Chicago, Illinois
Letter and photograph(s)
Richton, Park Illinois
Credibility witness exer.

Mr. Demetrius H. Nichols
N-61355
Lawrence Correctional Center
10930 Lawrence Road
Sumner, Illinois 62466

    RE: Freedom of Information Act Request
       2017 FOIA 046302

Dear Mr. Nichols:

    This letter is to acknowledge receipt of your request submitted on a Freedom of Information Act (FOIA) (5 ILCS 140/1 *et seq.* (West 2014)) form.

    In correspondence received on February 7, 2017, you state the following:

    The People of the State of Illinois vs. Demetrius H. Nichols, #02C661986011 Cook County 725 ILCS 5/115-5 films, micro, exhibits, photographs of injuries, abraision(s) [*sic*] of State's Attorney Cook County Illinois victim Ms. Ebony foster[, date of birth, social security number provided,] and all photographs of injuries, within this cause[.] * Exhibits 1 of photographs I used for the cause of conviction(s) within bodily harm * attempted murder elements, of proof requirements[.] Attorney General to Review * Evidence[.]

02C661987601

              * * *

    Honorable Judge Camielle E. Willis stated common law records[.] I don't see any injurie(s) [*sic*] Ms. Ebony foster[, date of birth provided, social security number provided,] but I'll take your word * vouching U.S. v. Young 470 U.S. / 1985[.]

500 South Second Street, Springfield, Illinois 62701-1705 • (217) 782-1090 • TTY: (877) 844-5461 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (800) 964-3013 • Fax: (312) 814-3806
601 South University Avenue, Suite 102, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416



Demetrius H. Nichols
February 15, 2017
Page 2

You submitted your request on a FOIA request form. FOIA provides that a public body "shall make available to any person for inspection or copying all public records[.]" 5 ILCS 140/3 (West 2014). A public record is any record "prepared by or for, or * * * used by, received by, in the possession of, or under the control of" the Office of the Illinois Attorney General. *See* 5 ILCS 140/2(c) (West 2015 Supp.). In reviewing your correspondence, it does not appear that you have requested access to specific, identifiable records of the Office of the Attorney General. Rather, it appears that you have requested that this office review the evidence in your criminal case. FOIA does not require a public body to review evidence of a criminal case on behalf of a requester and comment on the sufficiency of the evidence. *See* 5 ILCS 140/1 *et seq.* (West 2014). Accordingly, your request is an improper request under FOIA.

Very truly yours,

*Caitlin Q. Knutte (CQK)*

CAITLIN Q. KNUTTE
Assistant Attorney General
FOIA Officer

CQK:lk

5 ILCS 140/9.5(a)

Prejudice:
prior(s) sworn to Affidavit(s)
THE people of the STATE OF Illinois VS. Demetrius H. Nichols
#00CR6335 "Sour grapes).
INEffective assistance of counsel(s).
Prosecution relied on prior(s) in sentence of 17years no days no month(s)
3year(s) consecutive after original charge(s). Prosecutorial misconduct
Darden V. wainwright 477 U.S. 168 (1986). window friend*.

Prejudice this indivual NOT being And ATTORNEY
Photographic proof(s) Denied 2-24-04 and 11-1-13 11-4-13.
INEffective assistance of counsel(s) which this count has NO Evidence. For its
Conviction of sentence*. Challege(s) And reslove* Criminal conviction
fraud* No proof(s).



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

April 13, 2018

Mr. Demetrius H. Nichols
N-61355
Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois 61764

        RE:    Freedom of Information Act Request
               2018 FOIA 052544

Dear Mr. Nichols:

This letter is to acknowledge receipt of your request for information pursuant to the Freedom of Information Act (FOIA) (5 ILCS 140/1 *et seq.* (West 2016)).

In a letter received on April 6, 2018, you state the following:

Between January 2017 and Certified Mail was delivered February 3, 2017 deposited too [*sic*] Lisa Madigan, Illinois Attorney General(s) [*sic*] in relation(s) the People of the state of Illinois vs Demetrius Nichols #02C66187601 Cook County sixth municipal District Markham Illinois 60428 where I was requesting assistance of investigation into the above mention cause * * *[.] [C]opie(s) of those certified legal-material(s) that was forwarded too [*sic*] your office, where you had acknowledged recipt [*sic*] and copy of listed document(s) I'm now asking that copie(s) be forwarded too [*sic*] this individual herein; citing Commonwealth v. Forde 392 Mass, 453,458,466, N.E.2d 510, 513, (1984)[.]

500 South Second Street, Springfield, Illinois 62701-1705 • (217) 782-1090 • TTY: (877) 844-5461 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (800) 964-3013 • Fax: (312) 814-3806
601 South University Avenue, Suite 102, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416  

Demetrius H. Nichols
April 13, 2018
Page 2

Please be advised that this office has conducted a search of its records, and we have located no records responsive to your request.

Very truly yours,

*Caitlin Q. Knutte (CQK)*

CAITLIN Q. KNUTTE
Assistant Attorney General
Senior FOIA Officer

CQK:LJK:lk



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

February 16, 2017

Demetrius Nichols, #N61355
Lawrence Correctional Center
10930 Lawrence Road
Sumner, Illinois 62466

Dear Mr. Nichols,

I am returning the enclosed documents to you. While I appreciate your confidence in my ability to review and investigate the nature of your conviction and the facts surrounding it, unfortunately, I do not represent individuals in criminal matters. As an Assistant Attorney General, I only represent the State of Illinois. Additionally, as an Assistant Attorney General, I am not charged with investigating an individual's conviction to determine its validity. Accordingly, I cannot intervene in your legal matters in any way. Such issues are more properly brought before the circuit and appellate courts through appropriate pleadings. As there is nothing I can do for your case, I am returning your documents to you.

Sincerely,

Jamie Knodel
Assistant Attorney General



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

June 11, 2018

Mr. Demetrius Nichols
N-61355
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434

     RE:   Freedom of Information Act Request
         2018 FOIA 053412

Dear Mr. Nichols:

    This letter is to acknowledge receipt of your correspondence directed to my attention as the Senior Freedom of Information Officer for the Office of the Illinois Attorney General.

    In a letter received on June 4, 2018, you state the following:

Freedom of Information
In relations(s) Health and Safety;

Constitutional – Deprivations(s)
5th Amendment – Deprivations(s)
8th Amendment – Deprivations(s)
13th Amendment – Deprivations(s)

Illinois Department of Corrections, Staff, 725 ILCS 5/115-7 prior sexual activity or reputation as evidence, in prosecution(s) for predatory criminal sexual assault of a child; aggravated criminal sexual assault; criminal sexual abuse. *

Brief:
State of Illinois
Illinois Department of Correction;
Stateville Correctional Center
Route 53 – P.O. Box 112
Joliet, Illinois 60434
(815) 727-3607

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (877) 844-5461 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois 60601 • (312) 814-3000 • TTY: (800) 964-3013 • Fax: (312) 814-3806
601 South University Avenue, Suite 102, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (877) 675-9339 • Fax: (618) 529-6416

Demetrius Nichols
June 11, 2018
Page 2

Staffs conduct*
While within and cause of wrongful
conviction: The People of the State of Illinois vs. Demetrius H.
Nichols #02C66187601
Cook County, Illinois —see filed brief
FOIA Officer;

\* \* \*

These constitutional deprivations(s) caused Health and Safety
violation(s). Wherefore statements within this brief petition(s) that
demand(s) investigation(s) Freedom of Information have been
prepared properly; I declare under penalty of perjury, true and
correct.

It does not appear that your request seeks copies of specific, identified records of
the Office of the Attorney General. Rather, it appears that you are requesting that this office
conduct an investigation on your behalf. FOIA provides that a public body "shall make available
to any person for inspection or copying all public records[.]" 5 ILCS 140/3 (West 2016). A
public record is any record "prepared by or for, or \* \* \* used by, received by, in the possession
of, or under the control of" the Office of the Illinois Attorney General. See 5 ILCS 140/2(c)
(West 2016). FOIA does not require a public body to conduct an investigation on behalf of a
requester. See 5 ILCS 140/1 et seq. (West 2016). Accordingly, your request for an investigation
is an improper request under FOIA. If we have misunderstood your request please identify the
records that you are seeking, and we will make every effort to assist you.

Very truly yours,

CAITLIN Q. KNUTTE
Assistant Attorney General
Senior FOIA Officer

CQK:ga

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 008

PEOPLE OF THE STATE OF ILLINOIS

                        VS          NUMBER 02C66187601

DEMETRIUS   NICHOLS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Proceeding | Next Date |
|---|---|---|
| 02/27/04 | O/C FREE REPT OF PROCD ORD N/C RILEY, RONALD C. | 00/00/00 |
| 02/27/04 | CONTINUANCE BY ORDER OF COURT | 04/15/04 0674 |
| 03/04/04 | APPELLATE COURT NUMBER ASGND | 00/00/00 04-0516 |
| 03/17/04 | REPT OF PRCDS ORD FR CRT RPT | 00/00/00 |
| 03/24/04 | COMMON LAW RECORD PREPARED ONE VOLUME | 00/00/00 |
| 03/26/04 | COMMON LAW RECORD PREPARED | 00/00/00 |
| 04/15/04 | CONTINUANCE BY ORDER OF COURT WILLIS, CAMILLE E. | 05/26/04 0674 |
| 05/21/04 | TRANS PROC REC/FILED CLKS OFF ONE VOLUME | 00/00/00 |
| 05/24/04 | REPORT OF PROCEEDINGS PREPARED THREE VOLUMES | 00/00/00 |
| 05/26/04 | DEFENDANT ON BOND WILLIS, CAMILLE E. | 00/00/00 |
| 05/26/04 | MOTION DEFT - CONTINUANCE - MD WILLIS, CAMILLE E. | 06/23/04 0674 |
| 06/11/04 | REPRT/PROCDS RECD BY APP ATTRY | 00/00/00 |
| 06/23/04 | MOTION DEFT - CONTINUANCE - MD WILLIS, CAMILLE E. | 07/28/04 0674 |
| 07/28/04 | MOTION DEFT - CONTINUANCE - MD DONNELLY, CHRISTOPHER J. | 09/03/04 0674 |
| 09/03/04 | DEFENDANT ON BOND DONNELLY, CHRISTOPHER J. | 00/00/00 |
| 09/03/04 | CONTINUANCE BY AGREEMENT DONNELLY, CHRISTOPHER J. | 10/12/04 0674 |
| 10/12/04 | MOTION DEFT - CONTINUANCE - MD DONNELLY, CHRISTOPHER J. | 10/18/04 0674 |
| 10/18/04 | CONTINUANCE BY ORDER OF COURT DONNELLY, CHRISTOPHER J. | 11/05/04 0674 |
| 11/05/04 | MOTION ATTORNEY FEE ALLOWED DONNELLY, CHRISTOPHER J. | 00/00/00 G      2 |
| 06/16/06 | CASE ADVANCED | 06/16/06 0666 |
| 06/16/06 | HEARING DATE ASSIGNED | 07/06/06 0674 |
| 06/29/06 | MANDATE FILED | 06/30/06 0696 |
| 06/30/06 | SPECIAL ORDER | 00/00/00 |
| | MANDATE SPREAD OF RECORD--AFFIRMED IN PART; RILEY, RONALD C. | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 009

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 02C66187601

     DEMETRIUS     NICHOLS

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/30/06 SPECIAL ORDER                              00/00/00
     VACATED IN PART;
     RILEY, RONALD C.
06/30/06 SPECIAL ORDER                              00/00/00
     AND REMANDED WITH INSTRUCTIONS
     RILEY, RONALD C.
06/30/06 TRANSFERRED                                06/30/06 0674
     J/WILLIS FOR FURTHER PROCEEDINGS
     RILEY, RONALD C.
07/06/06 PUBLIC DEFENDER APPOINTED                  00/00/00
     DONNELLY, CHRISTOPHER J.
07/06/06 MOTION DEFT - CONTINUANCE - MD             07/28/06 0674
     DONNELLY, CHRISTOPHER J.
07/19/06 CLR RETURNED CLKS OFF/WAREHOUS             00/00/00
     ONE VOLUME A.C.#04-0516
07/19/06 REPT OF PROCD RETD CLKS OFF/WH             00/00/00
     THREE VOLUMES  A.C.#04-0516
07/28/06 DEFENDANT IN CUSTODY                       00/00/00
     DONNELLY, CHRISTOPHER J.
07/28/06 DEF REM CUST CC SHERIF                     
     DONNELLY, CHRISTOPHER J.
07/28/06 CONTINUANCE BY ORDER OF COURT              08/18/06 0674
     DONNELLY, CHRISTOPHER J.
08/18/06 DEFENDANT IN CUSTODY                       00/00/00
     DONNELLY, CHRISTOPHER J.
08/18/06 PRISONER DATA SHEET TO ISSUE              00/00/00
     DONNELLY, CHRISTOPHER J.
08/18/06 CONTINUANCE BY AGREEMENT                   09/12/06 0674
     DONNELLY, CHRISTOPHER J.
09/12/06 MOTION DEFT - CONTINUANCE - MD             09/25/06 0674
     DONNELLY, CHRISTOPHER J.
09/25/06 DEFENDANT IN CUSTODY                       00/00/00
     DONNELLY, CHRISTOPHER J.
09/25/06 CREDIT DEFENDANT FOR TIME SERV             00/00/00
          1 MTH 387 DYS
     DONNELLY, CHRISTOPHER J.
09/25/06 DEF SENTENCED ILLINOIS DOC          C001
     DEFENDANT RE-SENTENCED PER APPELLATE COURT MANDATE
          17 YRS
     DONNELLY, CHRISTOPHER J.

*Being IN Custody since December 15, 2002*

*17 years 3 years consecutive NO-Goodtime credits allowed*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 010

PEOPLE OF THE STATE OF ILLINOIS

                    VS                NUMBER 02C66187601

DEMETRIUS    NICHOLS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
09/25/06 DEF SENTENCED ILLINOIS DOC        C006
        CONSECUTIVE TO CT 1
                3 YRS
        DONNELLY, CHRISTOPHER J.
09/25/06 JUDGMENT VACATED                  C002
        SENTENCE VACATED PER APPELLATE COURT MANDATE
        DONNELLY, CHRISTOPHER J.
09/25/06 DEF ADVISED OF RIGHT TO APPEAL         00/00/00
        DONNELLY, CHRISTOPHER J.
01/24/07 MANDATE RECALLED                       00/00/00
        MANDATE RECALL ISSUED 1-22-07 FOR THE ORIGINAL MANDATE ISSUED 6-19-06.
01/25/07 SPECIAL ORDER                          00/00/00
        RETURNED MANDATE TO APPELLATE COURT 1ST. DISTRICT.
04/06/07 TRANSFERRED                            04/06/07 0674
        RILEY, RONALD C.
04/06/07 TRANSFERRED                            04/06/07 0674
        RILEY, RONALD C.
04/11/07 PREVIOUS ORDER TO STAND
        DEFT S MOTION FOR BOND DENIED
        DONNELLY, CHRISTOPHER J.
05/11/07 CASE ADVANCED                          05/11/07 0666
05/11/07 HEARING DATE ASSIGNED                  05/12/07 0674
        DEFENDANT FILES MOTION FOR BOND
05/14/07 MANDATE FILED                          05/18/07 0696
05/18/07 SPECIAL ORDER                          00/00/00
        MANDATE AFFIRMED IN PART, VACATED IN PART, AND REMANDED WITH INSTRUCTIONS
        ZELEZINSKI, FRANK G.
05/18/07 TRANSFERRED                            05/18/07 0674
        ZELEZINSKI, FRANK G.
05/18/07 SPECIAL ORDER                          00/00/00
        SPREAD OF RECORD. MANDATE FROM APPELLATE COURT
        ZELEZINSKI, FRANK G.
08/01/07 TRANSFERRED                            08/01/07 0670
        ZELEZINSKI, FRANK G.
08/01/07 PREVIOUS ORDER TO STAND                00/00/00
        PRIO ORDER TO STAND
        DONNELLY, CHRISTOPHER J.

DEMAND with proof, of

STATE OF ILLINOIS )
) SS : ILLegAL - imprisonment, writ of cause*.
COUNTY OF _____ )

## S W O R N   A F F I D A V I T

I, Demetrius H. Nichols , After Being Duly Sworn Upon My Oath Depose And

States That the Following Matters Are Both true And Correct In Substance And In

Facts : 725 ILCS 5/122-5 proceeding(s) on petition;
5th amendment deprivations double Jeopardy 6th amendment
deprivation(s) INEffective assistance of counsel(s), 14th amendment
deprivation(s) fraud too obtain and conviction(s) and sentencing *
THE People of THE STATE of ILLINOIS vs. Demetrius H. Nichols,
# 02C66187601 Cook County, Illinois 6th municipal District
ATTORNEY Registrationand Disciplinary commission of the
Supreme court of Illinois, ONE prudential plaze, 130 EDST Randolph
Drive suite 1500 Chicago, Illinois 60601-6219 where providing
record(s) fraud was being committed by And person named
Christopher J. DUNNELLY Appointed by Judge Camille E. Willis, too
serve as public Defender where money was being distributed too this
person(s) threw motion(s) in markham sixth municipal District where
this individual Demetrius H. Nichols 1-17-68 # 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 the defendant
IN and cause of false imprisonment since December 15, 2002, was
now Appointed by someoneone the STATE of Illinois says isnot
And Recorded licensed ATTORNEY, though Certified STATEMENT
of conviction/Disposition records, of Dorothy Brown Certify with the
County Seal * provides, this person was allowed too Act As and
ATTORNEY, where Demetrius H. Nichols IN ATTEMPTS too obtain records)
photograph(s) and exhibit(s) of the cause Alleged * where NO SUCH Evidence,
on the Alleged victim MS. Ebony foster 7-2-77 #34466-3524 NOR IN records)
has EVER been Presented * WHERE THIS IS AND DEMAND for New And
- on- Immediate Release, (King Apprendi) V. New Jersey 530 U.S.
466, 120 S.Ct 2348, 147 LEd 2d (2000).

So Stated :

Demetrius H. Nichols SR.
# N61355
Lawrence Correctional center,
10630 Lawrence Rd.
Summer, Illinois 62466.

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 13th DAY OF April 20 17
Notary :

JULIE LEWIS
Notary Public - State of Illinois
My Commission Expires 8/18/2018

NOTE: COMMON WEALTH V. forde 392 mass 453, 458, 466, N.E. 2d 510, 513, (1984)
conviction be based ON uncorroborated confession; rather THERE must be some evidence,
that THE Crime was REAL and NOT IMAGINARY.